U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 5 2005
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 3:04-CR-0289-H |
| JAMES DEMIK (01) | § | |

### ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted, and Defendant's Motion for an Evidentiary Hearing Regarding Ineffective Assistance of Counsel, filed May 10, 2005, is hereby **DENIED**.

**SO ORDERED** this 5 day of July, 2005.

_____
BAREFOOT SANDERS
UNITED STATES DISTRICT JUDGE